**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose GASPAR–CEBALLOS, a.k.a. Jose Alfredo Gaspar–Ceballos, Defendant–Appellant.**

No. 11–10074.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 23, 2011.

Sabrina Decosta, Special Assistant U.S. Attorney, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Marc Victor, Esquire, Chandler, AZ, for Defendant-Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jose Gaspar–Ceballos appeals from his guilty-plea conviction and 37–month sentence imposed for reentry of removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gaspar–Ceballos's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Gaspar–Ceballos's pro se motion for appointment of counsel is denied.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.